In the Matter of SUSAN KONIG et al., Appellants, v CSC HOLDINGS, LLC, Respondent, and WATCH CROTON, Respondent.

Submitted May 19, 2014; decided July 1, 2014

Motion for leave to appeal dismissed upon the ground that it does not lie (*see* CPLR 5602).